

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00693-CR

Badesire **BAHINDWA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR5024
Honorable Mark Luitjen, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED, and appellate counsel's motion to withdraw is GRANTED.

SIGNED July 10, 2019.

*Sandee Bryan Marion*
Sandee Bryan Marion, Chief Justice